```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MILTON J. MEDINA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLIANCEONE RECEIVABLES | : | |
| MANAGEMENT, INC. | | NO. 16-4664 |

<u>ORDER</u>

AND NOW, this 19th day of January, 2017, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant AllianceOne Receivables Management, Inc. to dismiss plaintiff's amended complaint for lack of subject matter jurisdiction or in the alternative for judgment on the pleadings (Doc. # 10) is DENIED.

                                        BY THE COURT:

                                        /s/ Harvey Bartle III
                                                                                   J.